**Francisco Javier PEREZ–GARAY,**
**a.k.a. Francisco Javier Perez,**
**Petitioner,**

v.

**Alberto R. GONZALES, Attorney**
**General, Respondent.**

No. 05–74812.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Jan. 23, 2006.*

Decided Jan. 27, 2006.

Reuben M. Emanuel, Law Office of Reuben M. Emanuel, Tucson, AZ, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, District Counsel, Office of the District Chief Counsel, U.S. Department of Homeland Security, Phoenix, AZ, Richard M. Evans, Esq., Nancy E. Friedman, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges.

MEMORANDUM **

Respondent's motion to dismiss for lack of jurisdiction is construed as a motion for summary disposition. So construed, the motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied. *See United States v. Baron–Medina,* 187 F.3d 1144 (9th Cir.1999).

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

6.4(c) shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**